KENNETH A. POLITE, JR.
Assistant Attorney General
MATTHEW A. LAMBERTI
Senior Counsel
MICHAEL CHRSTIN
Trial Attorney
Computer Crime and Intellectual Property Section
United States Department of Justice
1301 New York Avenue, NW, Suite 600
Washington, DC 20530
Tel.: 202-514-1026
matthew.lamberti@usdoj.gov
michael.christin@usdoj.gov

JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
RICHARD ANTHONY LOPEZ
JESSICA OLIVA
Assistant United States Attorneys
Office of the United States Attorney
501 South Las Vegas Blvd., Suite 1100
Las Vegas, Nevada 89101
Tel.: 702-388-6336
tony.lopez@usdoj.gov
jessica.oliva@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>       v.<br><br>YOANY VAILLANT,<br>   a/k/a Yoany Vaillant Fajardo,<br><br>            Defendant. | Case No. 2:22-cr-00030-RFB-DJA<br><br>**Stipulation to Continue Response and Reply Deadlines for Four Weeks for Defendant Vaillant's Motion to Sever (ECF No. 100) (Third Stipulation to Continue)** |

Plaintiff United States of America, by and through its counsel, Jason M. Frierson, United States Attorney, though Jessica Oliva, Assistant United States Attorney, and Kenneth A. Polite, Jr. Assistant Attorney General, through Matthew A. Lamberti, Senior

Counsel; and Defendant Yoany Vaillant, by and through his counsel, Christopher R. Oram, Esq.; hereby stipulate and agree to continue the August 11, 2023 Response and the August 18, 2023 Reply deadlines as to Vaillant's Motion to Sever Defendant (ECF No. 100), to September 8, 2023 and September 15, 2023, respectively.

The parties enter this stipulation for the following reasons:

1. On June 16, 2023, Vaillant filed a Motion to Sever Defendant at ECF No. 100.

2. The parties filed a stipulation to extend the Response and Reply deadlines in order to allow for plea negotiations. The Court granted that stipulation and continued those deadlines to July 14 and July 21, 2023, respectively. ECF No. 102. The parties filed a stipulation to further extend those deadlines to allow plea negotiations to continue, which the Court granted, extending those deadlines to August 11 and August 18, 2023, respectively. ECF Nos. 112 and 113.

3. The parties are continuing to engage in plea negotiations and propose postponing the Response and Reply deadlines by an additional four weeks to allow this process to continue. The new Response deadline would be September 8, 2023, and the new Reply deadline would be September 15, 2023. Should the parties be successful, the Motion to Sever Defendant would become moot.

4. At a June 29, 2023 status conference, the Court expressed its intent to continue trial in this case to late February or early March of 2024. Accordingly, the parties' proposed briefing schedule would result in the issue being fully briefed more than 5 months prior to trial.

///

///

5. Accordingly, good cause exists to continue the Response and Reply deadlines by an additional four weeks to permit the parties to engage in plea negotiations, which—if successful—would render the issue moot and thus preserve judicial resources.

Respectfully submitted this 10th day of August, 2023.

| | |
|---|---|
| CHRISTOPHER R. ORAM, ESQ. | JASON M. FRIERSON<br>United States Attorney |
| /s/ Christopher R. Oram<br>Counsel to Defendant<br>Yoany VAILLANT | /s/ Jessica Oliva<br>RICHARD ANTHONY LOPEZ<br>JESSICA OLIVA<br>Assistant United States Attorneys |
| | KENNETH A. POLITE, JR.<br>Assistant Attorney General |
| | /s/ Matthew A. Lamberti<br>MATTHEW A. LAMBERTI<br>Senior Counsel<br>MICHAEL CHRISTIN<br>Trial Attorney<br>United States Department of Justice |

**IT IS SO ORDERED** this 11th day of _____August_____, 2023.

_____
HONORABLE RICHARD F. BOULWARE
   DISTRICT COURT JUDGE

3