1    **UNITED STATES DISTRICT COURT**

2    **DISTRICT OF NEVADA**

3

4    UNITED STATES OF AMERICA,          )   CASE NO.: 2:22-CR-00030-RFB-DJA-7
                                        )
5             Plaintiff,                )
                                        )
6         vs.                           )   **STIPULATION TO CONTINUE THE**
                                        )   **PROPOSED VOIR DIRE, JURY**
7    YOANY VAILLANT,                    )   **INSTRUCTIONS, VERDICT FORM,**
                                        )   **WITNESS LISTS, EXHIBIT LISTS AND**
     a/k/a Yoany Vaillant Fajardo,      )   **TRIAL BRIEFS DEADLINE PURSUANT**
8             Defendant.                )   **TO ECF 518**
                                        )
9    _____)

10

11       COMES NOW, the Defendant, YOANY VAILLANT, by and through his attorney,

12   CHRISTOPHER R. ORAM ESQ.; and the Plaintiff, United States of America, by and through

13   its counsel, Jason M. Frierson, United States Attorney, through Jessica Oliva, Assistant United

14   States Attorney, Nicole M. Argentieri, Principal Deputy Assistant Attorney General, through

15   Matthew A. Lamberti, Senior Counsel, and Michael Christin, Trial Attorney; hereby stipulate

16   and agree to continue the deadline for Proposed Voir Dire, Jury Instructions, Verdict Form,

17   Witness Lists, Exhibit List and Trial Briefs from the due date of September 24th 2024 (ECF

18   518) to a new date of October 1st 2024 for both of the parties involved.

19       The parties enter this stipulation for the following reasons:

20       1. Good cause exists to continue the Proposed Voir Dire, Jury Instructions, Verdict

21   Form, Witness Lists, Exhibit Lists and Trial Briefs from the due date of September 24th 2024

22   (ECF 518) to a seven (7) day extension to October 1st 2024.

23       2. Defense Counsel is currently scheduled to submit a reply brief in the Supreme Court

24   for Mr. Brenton Smith case No. 87664. Brenton Smith was convicted of second-degree murder

1

1  with use of a deadly weapon. The Court sentenced Mr. Smith on August 28, 2019, as follows:

2  ten (10) to twenty-five (25) years in the Nevada Department of Corrections, plus a consecutive

3  term of sixty (60) to one hundred fifty (150) months for the use of a deadly weapon.

4  3. Additionally, counsel for Mr. Yoany Vaillant is working on completing The Opening

5  Brief and Excerpts of Record for Mr. Lee Reed in the Ninth Circuit for case No. 24-476. The

6  Opening Brief and Excerpts of Record regarding Mr. Reeds case is due September 25, 2024.

7  Mr. Reed is currently serving life in prison with a minimum of two hundred forty (240) months

8  plus a consecutive term of forty-eight (48) to two hundred forty (240) months for murder with

9  the use of a deadly weapon.

10  4. The parties' proposed stipulation to continue the Proposed Voir Dire, Jury

11  Instructions, Verdict Form, Witness Lists, Exhibit Lists, and Trial Briefs from the due date of

12  September 24th 2024 (ECF 518) to a new date of October 1st 2024 would apply to both parties in

13  this case.

14  5. Thus, good cause exists to continue the deadline pursuant to ECF 518 by an additional

15  7 (seven) days to ensure both parties are afforded ample time to complete the Proposed Voir

16  Dire, Jury Instructions, Verdict Form, Witness Lists, Exhibit Lists and Trial Briefs.

17  Respectfully submitted this 20th day of September, 2024.

18

19  Respectfully submitted:

20  The Law Office of Christopher R. Oram, Esq.        **IT IS SO ORDERED**
   CHRISTOPHER R. ORAM, ESQ.                        this 20th day of 2024.
21  */s/ Christopher R. Oram .*
   *Attorney for Yoany Vaillant*
22



23

24

1

JASON M. FRIERSON
2   *United States Attorney*

3   RICHARD ANTHONY LOPEZ
    JESSICA OLIVA
4   Assistant United States Attorneys

5   NICOLE M. ARGENTIERI
    Principal Deputy Assistant Attorney General
6   Head of the Criminal Division

7   MATTHEW A. LAMBERTI
    Senior Counsel
8
    MICHAEL CHRISTIN
9   Trial Attorney
    United States Department of Justice
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1

2

## CERTIFICATE OF SERVICE

3        I certify that I am an employee of the Law Office of Christopher R. Oram, and that on

4     this 20th day of September, 2024, I served a copy of the foregoing **STIPULATION TO**

5     **CONTINUE THE PROPOSED VOIR DIRE, JURY INSTRUCTIONS, VERDICT**

6     **FORM, WITNESS LIST, EXHIBIT LISTS, AND TRIAL BRIEFS DEADLINE**

7     **PURSUANT TO ECF 518** by ECF electronic filing to:

8      U.S. ATTORNEY'S OFFICE AND DOJ:

9     JASON M. FRIERSON
      United States Attorney

10
      JESSICA OLIVA
11    Assistant United States Attorney
      Office of the United States Attorney
12    501 South Las Vegas Blvd., Suite 1100
      Las Vegas, Nevada 89101
13    Tel.: 702-388-6336
      jessica.oliva@usdoj.gov
14
      NICOLE M. ARGENTIERI
15    Principal Deputy Assistant Attorney General
      Head of the Criminal Division
16
      MATTHEW LAMBERTI
17    Senior Counsel

18    MICHAEL CHRISTIN
      Trial Attorney
19    United States Department of Justice
      1301 New York Avenue, NW, Suite 600
20    Washington, DC 20530
      Tel.: 202-514-1026
21    michael.christin@usdoj.gov

22                                            By: /s/ Savannah Card_____
                                              An employee of Christopher R. Oram, Esq.
23                                            Nevada Bar No. 4349
                                              520 S. Fourth Street, Second Floor
24                                             Las Vegas, NV 89101
                                              *Attorney for Yoany Vaillant*