UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YOANY VAILLANT,<br><br>Defendant. | Case No. 2:22-cr-00030-7-RFB-DJA<br><br>MINUTES OF THE COURT<br><br>DATED: November 14, 2024 |

THE HONORABLE **RICHARD F. BOULWARE, II.** UNITED STATES DISTRICT JUDGE

DEPUTY CLERK   Darci Smith            THE COURT REPORTER   Patricia Ganci

COUNSEL FOR PLAINTIFF   Matthew Lamberti, Michael Christan, and Jessica Oliva joined by Special Agent Clay Chase

COUNSEL FOR DEFENDANT   Christopher Oram and Charles Goodwin joined by Lisa Smith, paralegal and Brian Glynn (IT).

MINUTES OF PROCEEDINGS: **JURY TRIAL – Day 8**

8:38 a.m. Court convenes outside the presence of the Jury. Juror 32 returns individually to Court for brief voir dire by the Court. Remaining Jury members return to court for Instruction. Jurors then released to continue deliberations.

8:48 a.m. Court in recess.

    2:20 p.m. Jury Note (Court Exhibit #4)  Received and counsel instructed to return to the Court

2:33 Court convenes outside the presence of the Jury. The Court advises counsel of the Jury Note indicating a Verdict had been reached.  The jury enters the courtroom. The jury confirms they have reached a unanimous verdict. The Court reads the verdict:

    **Yoany Vaillant** is found Guilty of Count 1, Conspiracy to Commit Copyright Infringement

Jury polled, all members answer in the affirmative, that a Guilty verdict is and was their true verdict. Jurors are thanked for their service and excused.

1

**2:22-cr-00030 USA v Vaillant**
**Jury Trial**

IT IS ORDERED this matter is referred to the United States Probation Office for presentence investigation and report. The Defendant shall return for sentencing on February 4, 2025 at 2:00 p.m.

2:43 p.m.  Court adjourned.

**DEBRA K. KEMPI, CLERK**
**U.S. DISTRICT COURT**

**BY:** *Darci Smith*
Darci Smith, Deputy Clerk

2