FILED ___ ENTERED ___ RECEIVED ___ SERVED ON COUNSEL/PARTIES OF RECORD

NOV 14 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YOANY VAILLANT,<br><br>Defendant. | Case No. 2:22-cr-00030-RFB-DJA-7<br><br>**VERDICT FORM** |

We, the Jury in the above-entitled case, upon our oaths, do find beyond a reasonable doubt:

1. COUNT ONE: We find the Defendant,

    YOANY VAILLANT, __GUILTY__ [Guilty / Not Guilty]

of the offense of Conspiracy to Commit Criminal Copyright Infringement in violation of Title 18, United States Code, Section 371 and Title 17, United States Code, Section 506(a)(1)(A).

*[If you find GUILTY on Question 1, please proceed to answer Question 2. If you find NOT GUILTY please skip Question 2]*

2. COUNT ONE: We find the conspiracy charged in Count One as to Defendant

    YOANY VAILLANT, __DID__ [Did / Did Not] involve attempted, planned, or actual infringement attributable to VAILLANT during  a.) any 180-day period, b.) involving 10 or more copies of one or more copyrighted works, and c.) with a retail value of more than $2,500.

DATED this __14th__ day of November, 2024

REDACTED

_____
FOREPERSON